# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| *\*\*\*mail all correspondence* | |

October 30, 2021

Honorable Sarah L. Cave  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Courtroom 18A  
New York, NY 10007

**Letter Motion:**  
**Extension of Time Request**

**Re: Madeline Mercado v. Comm'r of SSA  1:21-cv-04736-ER**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on November 1, 2021.  Due to the many administrative transcripts filed by the Defendant as he recovers from the pandemic backlog, Plaintiff's counsel has incurred a similar backlog and requires additional time to prepare his brief in this matter.

Plaintiff therefore writes to respectfully request an extension of time of sixty days (60) to serve her motion through and including December 31, 2021, with the remaining Order to remain in effect.  No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383

(718) 504-6962 fax

Cc:   Johanny Santana, Esq.   (Via ECF)
      Attorney for Defendant.

The requested extension (ECF No. 11) is GRANTED, and the Court orders as follows:

1. Plaintiff shall serve her motion for judgment on the pleadings by **December 31, 2021**;

2. The Commissioner shall serve it motion for judgment on the pleadings **by March 1, 2022**; and

3. Plaintiff shall file her reply, if any by **March 22, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 11.  Additionally, because Andrew Saul is no longer the Commissioner of the Social Security Administration, the Clerk of Court is respectfully directed to substitute "Kilolo Kijakazi, Acting Commissioner of Social Security" for defendant Andrew Saul, and to amend the caption accordingly.  See Fed. R. Civ. P. 25(d).

SO ORDERED     11/1/2021

SARAH L. CAVE
United States Magistrate Judge