UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MADELINE MERCADO,

                Plaintiff,                              21 CIVIL 4736 (ER)(SLC)

-v-                                          **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 9, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will remand the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including reevaluating the opinion evidence and offering the claimant the opportunity for a hearing.

**Dated:** New York, New York
           May 9, 2022

                                                              RUBY J. KRAJICK

                                                               **Clerk of Court**
                                        BY:
                                                                 **Deputy Clerk**